## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DUSTY LEE DUDLEY and STELLA DELLA DUDLEY, | 09-32969 JTM |
| Debtors. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Questar Gas Company<br>Bankruptcy DNR 244<br>PO Box 3194<br>Salt Lake City, UT  84145-3194 | $2.87 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $2.87 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 2/5 day of June, 2011

_____
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2011 JUN 22 PM 2: 50
DISTRICT OF UTAH

SLC_879110.1